IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-cr-230-MOC |
| v. | BILL OF INDICTMENT<br>Violation: 18 U.S.C.§ 922(a)(6) |
| **KENIYA JAMIMAH ROGERS** | |

### THE GRAND JURY CHARGES:

#### COUNT ONE
*(False Statement During Purchase of a Firearm)*

On or about February 15, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KENIYA JAMIMAH ROGERS,**

in connection with the acquisition of firearms, a Smith and Wesson, model M&P9 Shield Plus, 9mm pistol and a Glock, model 20, 10mm pistol, from Blackstone Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Blackstone Shooting Sports, which statement was intended and likely to deceive Blackstone Shooting Sports, as to a fact material to the lawfulness of such sale of one or more of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

#### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a) a Smith and Wesson, model M&P9 Shield Plus, 9mm pistol
b) a Glock, model 20, 10mm pistol

A TRUE BILL



FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY