UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 3:24-cr-230-MOC |
| v. | **FACTUAL BASIS** |
| KENIYAH JAMIMAH ROGERS | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about February 15, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant, **Keniya Jamimah ROGERS,** in connection with the acquisition of firearms, a Smith and Wesson, model M&P9 Shield Plus, 9mm pistol and a Glock, model 20, 10mm pistol, from Blackstone Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Blackstone Shooting Sports, which statement was intended and likely to deceive Blackstone Shooting Sports, as to a fact material to the lawfulness of such sale of one or more of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

2. Throughout the spring of 2024, Brian Adams and Rodney Farrar amassed firearms through straw purchasers and re-sold the firearms to an undercover agent in Baltimore, Maryland.

3. Phone records confirmed Rodney Farrar was in contact with **ROGERS** during this period.

4. On February 15, 2024, the defendant, Keniya Jamimah **ROGERS** purchased two firearms from Blackstone Shooting Sports, an FFL in Charlotte. One of those firearms was a Smith and Wesson, model M&P9 Shied Plus, 9mm pistol and a Glock, Model 20, 10mm pistol.

5. Adams sold the Smith and Wesson purchased by **ROGERS** to an undercover agent in Maryland the following day. The Glock purchased by **ROGERS** was later recovered from Rodney Farrar's storage unit.

RUSS FERGUSON
UNITED STATES ATTORNEY

TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

Richard E. Beam, Jr., Attorney for Defendant

DATED: 6/11/20

2